IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Holly Newman             *
**Plaintiff,**

                         *

v.                       Case No. 8:21-cv-02446-GJH

                         *

Direct Energy, LP
**Defendant.**          *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with Direct Energy, LP :
(name of party)
Direct Energy, LP is a limited partnership that is a wholly owned subsidiary of Direct Energy Marketing, Inc., which is a wholly owned subsidiary of Direct Energy US Holdings, Inc. Each of
(names of affiliates)
these entities is privately held. In turn, Direct Energy US Holdings, Inc. is a wholly owned subsidiary of NRG Energy, Inc., which is publicly traded on the New York Stock Exchange.

■ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:
NRG Energy, Inc.                                                                                    .
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

October 6, 2022

Date

/s/Michael D. Matthews, Jr.

Signature

Michael D. Matthews, Jr.

Printed name and bar number

1001 Fannin Street, Ste. 2700, Houston, Texas 77002

Address

matt.matthews@mhllp.com

Email address

(713) 337-5580

Telephone number

(713) 337-8850

Fax number