UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOLLY NEWMAN, | § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | Case No. 4:23-cv-01388 |
| DIRECT ENERGY, LP, | | |
| Defendant. | | |

## NOTICE OF RELATED LITIGATION

Pursuant to Local Rule 5.2, Direct Energy, LP notifies the Court that this case is related to *Burk v. Direct Energy, LP*, Case No. 4:19-cv-00663. As described in the attached order granting transfer from the District of Maryland, Judge Hanks presided over a virtually identical TCPA putative class action in *Burk* for years. *See Newman v. Direct Energy, L.P.*, Case No. SAG-21-02446, 2023 WL 2914788, at *1 (D. Md. Apr. 12, 2023), attached as Exhibit 1. This case is not just related to *Burk* but it is so intertwined that the same plaintiffs' counsel filed it mere days after Judge Hanks denied certification of the same (but geographically) larger class. *See id.* at *1 & n.1.

Faced with similar circumstances, Judge Barbara Lynn of the Northern District of Texas issued a *sua sponte* order reassigning a transferred-in case to her colleague Judge Ed Kinkeade, who had presided over the original case with virtually identical allegations that was the basis for transfer. *Harris v. Progressive Ins., Inc.*, No. 3:13-CV-3983-K (Docs. 32, 39) (N.D. Tex. Oct. 24, 2013), attached as Exhibits 2-3.

Dated: April 17, 2023

Respectfully submitted,

By: /s/*Michael D. Matthews, Jr.*
Michael D. Matthews, Jr.
William B. Thomas
Diane S. Wizig
James M. Chambers
David L. Villarreal
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
T: (713) 337-5580
F: (713) 337-8850
matt.matthews@mhllp.com
william.thomas@mhllp.com
diane.wizig@mhllp.com
james.chambers@mhllp.com
david.villarreal@mhllp.com

**ATTORNEYS FOR DEFENDANT DIRECT ENERGY, LP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the 17th day of April, 2023 via CM/ECF on all counsel of record.

/s/*Michael D. Matthews, Jr.*
Michael D. Matthews, Jr.